# EXHIBIT "A"

**IN THE CIRCUIT COURT OF THE
THIRD JUDICIAL CIRCUIT IN AND FOR
TAYLOR COUNTY, FLORIDA**

**TONYA GRIFFIN,**

    **Plaintiff,**

v.                               **CASE NO. 20-CA-534**

**GEORGIA PACIFIC, LLC,**

    **Defendant.**

_____/

## PLAINTIFF'S ANSWERS TO FIRST INTERROGATORIES

1. Identify all persons, including their addresses, telephone numbers, and job titles, who you believe to possess knowledge or information pertaining to or who you believe to have witnessed any fact or issue involved in this case, including damages sought. Include in your response a description of the substance of their knowledge.

    **ANSWER:**

    a. **Ruth Stevens-Senior HR Generalist;** 1 Buckeye Dr, Perry FL 32348- this person has knowledge of targeting me for termination because I sought worker's compensation. She failed to assist me in the worker's compensation process.

    b. **Deborah Flowers – Retired HR; current contact information unknown-** Retired HR: 1 Buckeye Dr Perry FL 32348- this person has knowledge of them targeting me for termination. HR Mrs. Flowers was the first person I came in contact with, I asked Mrs. Flowers where had they moved me to. Mrs. Flowers informed me I needed to speak with Ruth Stevens. Before Mrs. Stevens (Senior HR Generalist) came out, Mrs. Flowers had gone down the hall into another room; I think to call Mrs. Stevens letting her know I was here.

    c. **Laura Ferrer – Unknown position-** 1 Buckeye Dr Perry FL 32348 – this person has knowledge of allowing me to enter the premises because my access was denied.

    d. **Eric Jones; Union Rep/ Position Unknown:** 1 Buckeye Dr Perry FL 32348 – this person only has brief knowledge. I phoned Mr. Jones on May 06, 2019 but no answer. Then I spoke with Mr. Jones in Walmart concerning matter on Friday May 10, 2019. He stated to me Mr. Danny Faircloth, President of Union would be my go-to person.

3. List each element of damages that you are claiming and include in your response the following: the category into which item of damages falls (*i.e.* general damages, special or consequential damages, interest, and any other relevant categories); the factual basis for each item of damages; the amount claimed for each; and an explanation of how each amount was calculated, including any mathematical formula.

    **ANSWER:**

    a. I was making $16 per hour and working 40 hours per week. I have not held a job since this termination so I have lost this amount since 5/13/2019. It has been 96 weeks. $640 per week for 96 weeks is about $61,440 lost in wages to date. This calculation is ongoing.

    b. Overtime: I am also missing overtime pay which was $16 plus time and a half and I usually worked overtime about 2 to 3 days within a week. I would have also received holiday pay for every holiday as well.

    c. Pay increase: I was in the process of completing next Level 2 which would have increased my pay to $17.49.

    d. Insurance: The Defendant was paying of half of the cost of my insurance during my employment. I now do not have health insurance. Since loss of employment date: 05/2019, I only had to pay Walmart for my Hypertension meds at a discounted price @ $21.00 plus for a 3 month supply, give or take.

    e. Early withdrawal from retirement: Distribution Gross Pay $1039.04 – Deductions $207.81= Net Pay $831.23

4. If you claim damages for mental or emotional anguish or suffering, please give a full and complete description of such anguish or suffering and how, if at all, it manifested itself, and the pecuniary value of such alleged anguish or suffering.

    **ANSWER:**

    After I was wrongfully terminated, I became depressed, experiencing; insomnia, loss of interest in daily activities, unexplained aches and pains, uncontrollable crying and low mood most days, worried that I would lose my house and unable to pay my bills.

    Plaintiff has not placed an amount on these damages as she is seeking the maximum allowed by law and as awarded by a jury.

## VERIFICATION PAGE

_____
Tonya Griffin

STATE OF FLORIDA
COUNTY OF Taylor.

The foregoing instrument was acknowledged before me, by means of ☑ physical presence or ☐ online notarization, this 4th day of May, 2021 by Tonya Griffen who states that they have read the foregoing answers to interrogatories and that the answers are true and correct.

SWORN TO and subscribed before me this 4th day of May 2021.

Tremmie Lee Robinson
Notary Public, State of Florida

Printed Name: Tremmie Lee Robinson

Commission Expiration Date: 8-11-2024

Personally Known: ☑
OR Produced Identification: ☐
Type of Identification Produced: _____



TREMMIE LEE ROBINSON
Commission # GG 981537
Expires August 11, 2024
Bonded Thru Troy Fain Insurance 800-385-7019

11